Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
### for the
### Middle District of Florida
### Jacksonville Division

Mario Godhigh

Plaintiff(s)

(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Mental Health Department

Defendant(s)

(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

Case No. 3:22-cv-567-BJD-MCR
(to be filled in by the Clerk's Office)

LEGAL MAIL
Provided to Florida State Prison on
5/17/22 for mailing by BMG

FILED
5-23-2022
CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: MARIO DYRELL Goodhigh
All other names by which you have been known: N/A
ID Number: M28779
Current Institution: Florida State Prison
Address: P.O. Box 800
Raiford   FL   32083
City     State   Zip Code

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: Mental Health Department
Job or Title (if known):
Shield Number:
Employer:
Address: P.O. Box 800
Raiford   FL   32083
City     State   Zip Code

[ ] Individual capacity  [✓] Official capacity

Defendant No. 2
Name:
Job or Title (if known):
Shield Number:
Employer:
Address:
City     State   Zip Code

[ ] Individual capacity  [ ] Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

   FloRidA StAtE pRisoN

2. What did you claim in your grievance?

   ON how MENtAl HEAlth CouNsElORs dENyiNs ME fROm AdmittiNG ME iNto shos CEll AftER I tRiEd to hANG my SElf ANd Im hEARiNG VoicEs ANd I CANt Go bACK INto thE cEll Im GoNE Commit SuicidE MAy 13, 2022.

3. What was the result, if any?

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. (Describe all efforts to appeal to the highest level of the grievance process.)

   AftER I AddREss this issuE To MENtAl HEAlth CouNsElOR who CAmEd IN SEEN ME I WAs pullEd out of thE CEll to thE showERs To SpEAk with him oN 5-13-22. thAt I CANt Go bACK INto thE CEll E-1323

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

*[Handwritten text overflowing from previous page at top:]* his ~~was~~ officers to force me back into the cell.

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

   *[Handwritten:]* Me and knowing I have issues suffering from PTSD severe I'm still filling sucidal and mental health staffs keeps refusing me

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

   *[Handwritten:]* They want put me in mental health shos cell and this cell bothering mentally ~~[scribbled out]~~ pysically emotionally and changes of personalities

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

   *[Handwritten:]* And I did all my CM time on all charges and which I'm illegally detention.

(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)

*[Handwritten:]* I did all my AC & DC time on all charges

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☒ Yes
☐ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

*[Handwritten throughout right margin and below:]* US. Courts I'm still filing ... US Courts please contact this state prison I dont have anything pending. against me why the still holding me which is cruel and unusual punishment US Courts please contact the warden regional director to please release from confinement put sheet around my neck

*[Handwritten at top right margin:]* Relief: question all mental health counselors why they denying

WHY I'M being held ON CELL AND I don't HAVE Anything PENDING CAUSES ME TO HAVE SEVERE EMOTIONAL distress

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

WORRIES & DEPRESSIONS

☐ Yes
☑ No

AND TO This COURTS I WRITE TO YOU'll but its LiKE COURTS NOT doing Anything COURTS WANT ME to die in this CELL OR RELEASE ME

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)

1. Parties to the previous lawsuit
   Plaintiff(s) MARio Godhigh
   Defendant(s) FloRidA DEPARTMENT of CORRECTIONS

2. Court (if federal court, name the district; if state court, name the county and State)
   United STATES COURTS

3. Docket or index number
   3:22-CV-356-MMH-JBT

4. Name of Judge assigned to your case
   ELIZABETH WARREN

5. Approximate date of filing lawsuit
   03/31/2022

6. Is the case still pending?
   ☐ Yes
   ☑ No

   If no, give the approximate date of disposition. _____

7. What was the result of the case? (For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)

   _____

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

To This N.S. COURTS do the COURTS WANT ME to DIE IN This CELL OR CALL for THEM to IMMEDIATE RELEASE ME

Page 9 of 11

CONFINEMENT BUNISHING ME BAD
EMOTIONAL DISTRESS. THIS FALSE IMPRISON

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☐ Yes
☑ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) MARIO Godhigh
   Defendant(s) Florida State Prison And Sergeant Tyre

2. Court *(if federal court, name the district; if state court, name the county and State)*
   
   United States District Courts

3. Docket or index number
   3:22-CV-00347-BJD-LLL

4. Name of Judge assigned to your case
   Elizibeth Warren

5. Approximate date of filing lawsuit
   03/31/2022

6. Is the case still pending?
   ☐ Yes
   ☑ No
   
   If no, give the approximate date of disposition _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

I did All my time And D.O.C. Still Holding ME ON CM US Courts Call This Prison question WARDEN REGIONAAL DIRECTOR TO RELEASE ME

AND ASK THEM do I HAVE ANY DR'S PENDING AGAINST ME AND RELEASE I FILL LIKE dying ANYWAYS. THEY KEEP holding ME ON CM

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

PAIN & SUFFERING THATS ALL I be Thinking About killing myself

### A. For Parties Without an Attorney

MAY 13, 2022 I put SHEET AROUND ME NECK OFFICERS PULLED ME OUT THE CELL TO SEE MENTAL HEALTH I WAS let Right back INTO my cell C-1323S

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 5-19-22

Signature of Plaintiff: Mario Godhigh
Printed Name of Plaintiff: MARIO Godhigh
Prison Identification #: M28779
Prison Address: [redacted] P.O. BOX 800
BAiford    FL    32083
City    State    Zip Code

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address

City    State    Zip Code

Telephone Number
E-mail Address

Defendant No. 3
  Name
  Job or Title *(if known)*
  Shield Number
  Employer
  Address

  City   State   Zip Code
  ☐ Individual capacity   ☐ Official capacity

Defendant No. 4
  Name
  Job or Title *(if known)*
  Shield Number
  Employer
  Address

  City   State   Zip Code
  ☐ Individual capacity   ☐ Official capacity

II. **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

  ☐ Federal officials (a *Bivens* claim)

  ☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

denying my psychological emergencies

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials? Constitutional Rights Violated

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

*For failing not to admitt me into the Mental Health Shock Cell*

### III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- ☐ Pretrial detainee
- ☐ Civilly committed detainee
- ☐ Immigration detainee
- ☒ Convicted and sentenced state prisoner
- ☐ Convicted and sentenced federal prisoner
- ☐ Other *(explain)*

### IV. Statement of Claim      *dAMAGES      DAMAGES.*

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

*Florida State Prison E-dorm*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

US COURTS COURT CH WATSON MENTAL HEALTH WHY THE NOT ADMITTING TO SHOS CELL. US. COURTS HAVE MENTAL HEALTH ADMITT ME to SHOS CELL

C. What date and approximate time did the events giving rise to your claim(s) occur?

APRIL 13, 2022 APPROXIMATELY AROUND 9:00 NO LATER THEN 12:00 pm NOON

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

I FELT LIKE COMMITTING SUICIDE I HAD AN SHEET AROUND MY NECK MENTAL HEALTH STAFF CAME AND SEEN ME AND I HAD ADDRESS to him that I fill SUICIDAL AND IM HEARING VOICES AND I CANT GO BACK INTO MY CELL C-1323 SINGLE

V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

YES INJURIES MENTAL HEALTH STAFFS DENYING ME FROM GOING INTO THIS SHOS CELL MENTAL HEALTH SHOS CELL AND I ADDRESS MY SITUATION to the MENTAL HEALTH COUNSELORS

VI. Relief PULL ALL CAMERAS HAS EVIDENCE

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

CONTACT MENTAL HEALTH DEPARTMENT AND GET ALL COPIES OF ALL THE DAYS I WAS BEING PULLED OUT FOR MENTAL HEALTH FROM MAY 8, TO MAY 13, 2022 CALL MENTAL HEALTH DEPARTMENT AND QUESTION PSYCH. COUNSELOR MUENZEMA. AND REST OF THE COUNSELORS. WHY THEY NOT ADMITTING ME INTO THE SHOS CELL. AND IM DIAGNOSED WITH PTSD.

Page 5 of 11

RELIEF: REQUEST CAMERAS HAS EVIDENCE AND SEND THEM TO THE US COURTS

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

[x] Yes

[ ] No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

FLORIDA STATE PRISON E-dorm

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

[x] Yes

[ ] No

[ ] Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

[ ] Yes

[ ] No

[x] Do not know

If yes, which claim(s)?

GRIEVANCE COORDINATORS dont MAKE RESPONSES bACK WHEN I WRITE UP ON THEM LIKE THEY TRIED TO hide it WITH THEY doing CORRUPTED HERE