MARIO Osuniyh DEHMLOTTA
FLORIDA STATE PRISON P.O. box 800
BAIFORD, FLORIDA 32083
DOBM #E-1129 SiNgle

Mailed From A State
Correctional Institution

US POSTAGE ᵀᴹ PITNEY BOWES
ZIP 32083
02 4W
$ 001.56⁰
0000385900 MAY 20 2022

LEGAL MAIL

United States District Court
300 North Hogan Street
Jacksonville, Florida 32202.

Suite 9