UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re: Notification to Appropriate
Officials in Prisoner Cases       Case No. 3:14-mc-52-J-34MCR
Alleging Possible Danger of
Injury or Death

_____

## AMENDED STANDING ORDER NOTIFYING
## INSTITUTION REGARDING INMATE CLAIM OF SUICIDAL INTENT
## OR OTHER IMMINENT PHYSICAL HARM

Because this Court has a very high number of cases filed by prisoners in which the inmate either alleges that he/she is suicidal or that he/she or another person at the institution is in danger of physical injury or death, the Court routinely enters orders on an expedited basis directing the Clerk of the Court to immediately notify the appropriate prison officials of such allegations for whatever action may be deemed appropriate. In an effort to expedite such notification, it is hereby **ORDERED**:

1. Upon receiving any correspondence or pleading from an inmate in which the inmate either alleges that he/she is suicidal or that he/she or another person at the institution is in danger of physical injury or death, the **Clerk** shall immediately transmit, via email and/or facsimile, a copy of such correspondence or pleading and this Order to the Inspector General for the Florida Department of Corrections and the warden or head of the institution at which the inmate is confined for whatever action may be deemed appropriate in light of the inmate's allegations. This is merely

a notification to appropriate officials not a ruling on the merits of the case or motion. The **Clerk** shall also send a copy of this Order to the filing party.

2. The **Clerk** shall make an entry on the docket reflecting compliance with paragraph 1 of this Order.

**DONE AND ORDERED** at Jacksonville, Florida, this 11th day of January, 2018.

TIMOTHY J. CORRIGAN
UNITED STATES DISTRICT JUDGE

MARCIA MORALES HOWARD
UNITED STATES DISTRICT JUDGE

BRIAN J. DAVIS
UNITED STATES DISTRICT JUDGE

Copies to:
Division Manager
Court Operations Supervisor